**Appeal Ordered Withdrawn and Opinion issued February 9, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-99-02057-CR
No. 05-99-02067-CR

---

**GARY LAWRENCE WHITE, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

On Appeal from the 292nd District Court
Dallas County, Texas
Trial Court Cause No. F98-02694 & F97-47650

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-02067-CR    Date Filed: 12/08/1999

Style: White, Gary Lawrence
v.
The State of Texas

Trial Judge:          Wade, Henry Jr.
Trial Court Reporter:
Trial Court:          292ND DISTRICT COURT  Trial County:  DALLAS

---

APP    Joanne Montague Hurtekant
       ATT 010320300
       5956 Sherry Lane #1000
       Dallas, TX 75225
       Phone 214/346-2946
       Fax 214/748-8339

STA    William T. (Bill) Hill, Jr.
       ATT 009669000
       ATTN: APPELLATE SECTION
       Frank Crowley Courts Bldg., 10th FL
       133 N. Industrial Blvd. LB 19
       Dallas, TX 75207
       Phone 214/653-3845
       Fax